Bankruptcy Case No. 19-34574-KRH
Adversary Proceeding Case No. 20-03106-KRH

## CERTIFICATE OF SERVICE

I, __David N. Tabakin__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __July 30, 2020__ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

  See Exhibit A

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__July 31, 2020__              _[signature]_
Date                  Signature

Print Name  David N. Tabakin

Business Address  Tavenner & Beran, PLC, 20 N. 8th St., 2nd Fl.

City  Richmond,  State  VA  Zip  23219

## **Exhibit A**

Light Field Lab, Inc.
c/o Jonathan Sean Karafin, R/A
2280 Bayo Claros Circle
Morgan Hill, CA 95037