# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: <br><br> LeClairRyan PLLC,[1] <br><br> Debtor | Case No. <br> 19-34574-KRH <br><br> Chapter 7 |
| Lynn L. Tavenner, Chapter 7 Trustee, <br><br> Plaintiff <br><br> v. <br><br> Light Field Lab, Inc., <br><br> Defendant | Adv. Proc. No. 20-03106-KRH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee of the bankruptcy estate of LeClairRyan PLLC, in the above-referenced Chapter 7 case, hereby by and through her undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41, moves to dismiss with prejudice the

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esq. (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Email:   pberan@tb-lawfirm.com

*Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

complaint against Light Field Lab, Inc. (the "**Defendant**"). As of the filing date of this Notice, Defendant has filed neither an answer nor a motion for summary judgment.

                              Respectfully submitted,

                              LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: April 01, 2025         By: */s/ Paula S. Beran*
Richmond, Virginia           Paula S. Beran, Esquire (VSB No. 34679)
                                     PBeran@TB-LawFirm.com
                                       Tavenner & Beran, PLC
                                       20 North 8th Street
                                       Richmond, Virginia 23219
                                       Telephone: (804) 783-8300

                                       *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on or before the 2nd day of April 2025, a copy of the foregoing was served on all necessary parties.

                                */s/    Paula S. Beran*
                                Counsel to Lynn L. Tavenner, Chapter 7 Trustee

Service List:

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219

Light Field Lab, Inc.
c/o Jonathan Sean Karafin, R/A
2280 Bayo Claros Circle
Morgan Hill, CA 95037